```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**　　　　　　　　　　　　　　　　　Case No. 07-cr-151-PB

**Yajaira Rosario**


**O R D E R**

The defendant, through counsel, has moved to continue the November 6, 2007 trial in the above case to allow the defendant additional time to hire local counsel.  Attorney Cicilline shall notify the court on or before November 9, 2007 as to whether he intends to withdraw.

For the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from November 6, 2007 to December 4, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial

The October 29, 2007 final pretrial conference is continued to November 26, 2007 at 3:15 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

October 29, 2007

cc: John Cicilline, Esq.
    Michael Ramsdell, Esq.
    Terry Ollila, AUSA
    United States Probation
    United States Marshal