UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


United States of America

    v.                      Criminal No. 07-cr-151-01-PB

Yajaira Rosario


ORDER

    Re: Document No. 26 , Motion to Withdraw

    Ruling:


Motion granted. The defendant shall, within 30 days, retain new counsel and cause that counsel to file an appearance, inform the court that the defendant intends to represent herself, or file a motion for the appointment of counsel with a financial affidavit. Attorney Cicilline shall personally notify the defendant of this order and assist her in filing a motion for appointment of counsel if she is unable to afford counsel.


                                          /s/ Paul Barbadoro
                                          Paul Barbadoro
                                          U.S. District Judge

Date:  November 9, 2007

cc:   Counsel of Record